

connecting you to your customers

**Hazardous Commodities**
Tariff 8

CANADIAN PACIFIC

www.cpr.ca



EXHIBIT A

# Tariff 8 – Hazardous commodities

## Application  *Item 1*

In addition to any other applicable tariff, the prices, charges and rules of this Tariff apply to commodities which are Dangerous Goods, Hazardous Materials, Poisonous Inhalation Hazards or Toxic Inhalation Hazards.

## Definitions  *Item 2*

**Toxic Inhalation Hazard (TIH) / Poison Inhalation Hazard (PIH)** means any product considered poisonous or toxic by inhalation in the Canadian Transportation of Dangerous Goods Regulations, the United States Hazardous Materials Regulations, or the Association of American Railroads circular OT-55 (http://boe.aar.com/boe-download.htm). The terms PIH and TIH are used interchangeably.

**Dangerous goods laws** means all applicable Canadian and United States federal, provincial, state, and local laws, rules and regulations governing the handling, packaging, disposing and transportation of dangerous goods in Canada and hazardous materials in the United States, including but not limited to the Transportation of Dangerous Goods Act, 1992, S.C. 1992, c. 34, Title 49 CFR of the United States Code of Federal Regulations, Hazardous Material Transportation Act (49 U.S.C 1801 et. Seq.), the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6901 et. Seq.) and the Comprehensive Environmental Response, Compensation and Liability Act of 1980 (42 U.S.C. 9601 et. Seq.), and regulations promulgated thereunder.

**Dangerous goods** means the dangerous goods listed in the Schedule 1 of the Transportation of Dangerous Goods Regulations, as amended or replaced from time to time.

**Hazardous materials** means the hazardous materials listed in the table set forth in Title 49 C.F.R. 172.101 of the Hazardous Materials Regulations, as amended or replaced from time to time.

**Hazardous commodities** means PIH, TIH, Dangerous Goods, or Hazardous Materials.

**High Threat Urban Area (HTUA)** means any area as defined in Appendix A to Part 1580 of 49 C.F.R. §1580, as amended or replaced from time to time. CP served areas include Buffalo, Chicago, Detroit, Milwaukee, New York, Philadelphia, Twin Cities. DME served areas include Chicago, Kansas City, Twin Cities.

**Private equipment** means a railcar or container that is owned, leased, or provided by Customer.

**Rail Security-Sensitive Material (RSSM)** means any material as set forth in 49 C.F.R. §1580.100 (b), as amended or replaced from time to time, including but not limited to any TIH/PIH material, division 1.1, 1.2, or 1.3 (explosive) material, or highway route-controlled Class 7 radioactive Material.



## Surcharges *Item 3*

For your convenience, the below items highlight fees specifically applicable to Hazardous Commodities. Without exception, traffic classified as TIH or PIH is not eligible for storage (item 17 of Tariff 2) on CP property, and may not be tendered for movement in a container.

**$5500⁰⁰**
$10,000.00 for TIH as outlined in Item 51 of Tariff 2, or item 21 of Tariff 3

### Unsafe or improperly loaded *Item 4*
For any Hazardous Commodities, as detailed in Tariff 2 for railcars or Tariff 3 for containers.

**Cost + 25%**
Minimum $2000.00 as outlined in item 52 of Tariff 2 or min $1000.00 as outlined in item 22 of Tariff 3

### Major adjustment *Item 5*
For any Hazardous Commodities, as detailed in Tariff 2 for railcars or Tariff 3 for containers.

**$160⁰⁰**
per day
As outlined in Items 10 – 16 of Tariff 2

### Asset use: hazardous commodity charge *Item 7*
The daily surcharge for any railcars of Dangerous Goods or Hazardous Materials shall be applied as described in Tariff 2.

**$1500⁰⁰**
per day
As outlined in Items 10 – 16 of Tariff 2. Includes surcharge described in Item 7

### Asset use: TIH *Item 8*
The daily rate of $1500 per day shall apply for any railcars of TIH (loaded or residue) and will be calculated as described in Tariff 2.

$2500$^{00}$
Supersedes Item 18 of Tariff 2
Or as outlined in item 71 of
Tariff 3

### Unauthorized shipment/use of CP's assets    *Item 9*
For any shipments of RSSM without an effective price authority issued by CP at the time the shipment is tendered (ref item 40), or container not in full compliance with the Intermodal Commodity Restrictions (ref item 30).

$500$^{00}$
**+ Extra Switching/Handling**
Fees for the additional handling as per items 31 or 32 of Tariff 2 for railcars, or items 35 or 36 of Tariff 3 for containers

### Failure to provide Positive Chain of Custody    *Item 10*
These fees will apply when CP is unable to pick up, transfer or place a shipment because positive chain of custody requirements cannot be met, as required under the regulations for RSSM shipments (ref item 40) included in Dangerous Goods Laws.

$80$^{00}$
per container

### Hazardous commodity surcharge intermodal    *Item 11*
This surcharge shall be applied for US Domestic, Cross-Border, and International Import/Export shipments of Dangerous Goods or Hazardous Material.

$325$^{00}$
per car

### General Service Tank Car Safety Surcharge    *Item 12*
This per car charge will be applied to tank cars transporting crude oil that do not meet the requirements of the Association of American Railroads (AAR) Manual of Standards and Recommended Practices, Section C Part III, Specifications for Tank Cars (M-1002), Chapter 2, paragraph 2.7 (Note: Chapter 2, Paragraph 2.7 was implemented via AAR Casualty Prevention Circular 1232 (CPC-1232) published on August 31, 2011). Tank Cars will be identified as meeting the requirements of CPC-1232 based on the data recorded in the Universal Machine Language Equipment Registry (UMLER).

# Private equipment    *Item 20*

All Hazardous Commodities subject to this Tariff shall be transported in Private Equipment, or as detailed in the Intermodal Commodity Restrictions referenced in item 30. It shall be the responsibility of Customer to pay for the costs of the Private Equipment, including, but not limited to, lease costs.
It shall be the responsibility of Customer to ensure that the Private Equipment is in serviceable condition for the safe transportation of Hazardous Commodities over rail lines, and is otherwise free of mechanical defects or failure that could result in leakage, release, spillage, dumping or other discharge of the Hazardous Commodities, or could otherwise become unsuitable for the safe transportation of the Hazardous Commodities over rail lines, and complies with:
- all applicable Canadian and United States federal, provincial, state and local laws, regulations, rules, permits and licenses; and
- industry rules, regulations and decisions applicable to private rail cars including without limitation rules established by the Association of American Railroads ("AAR") Railway Association of Canada ("RAC"), Transport Canada, the U.S. Department of Transportation and the Federal Railroad Administration.

Use of Private Equipment to transport Hazardous Commodities is limited to Private Equipment which has been authorized by CP to operate over the rail lines of CP. Where AAR form OT-5 approval is applicable or required, CP shall not be required to accept Private Equipment that does not have OT-5 approval from CP.

CP's acceptance of Private Equipment in interchange shall not relieve Customer of its obligations with respect to Private Equipment under this Tariff and shall not constitute a waiver by CP of Customer's obligations hereunder.

Shippers are responsible for product classification and selection of packaging in accordance with legal requirements.

# Loading and documentation    *Item 21*

Customer is responsible for the safe loading, tender and unloading of all shipments of Hazardous Commodities. Customer shall prepare, bill and document for shipment, and load and unload, all

shipments of Hazardous Commodities in accordance with and subject to the Dangerous Goods Laws. Hazardous Commodities shall be properly marked, labelled and placarded by Customer as required by the Dangerous Goods Laws. Hazardous Commodities shall also be accompanied by any manifests required by Dangerous Goods Laws. Each shipping document (including the Bill of Lading) shall contain all information required by the Dangerous Goods Laws. In addition to Bills of Lading, manifests and

other documentation with each shipment under this Contract, Customer shall, upon CP's request, provide CP with accurate and descriptive chemical and physical data on the character of the Hazardous Commodities to be transported prior to the actual shipment. Customer shall have and will maintain in effect all applicable registrations, permits and licenses required under Dangerous Goods Laws to be a shipper of the Hazardous Commodities.

In the event of any leakage, release, spillage, dumping or other discharge of the Hazardous Commodities while in the custody of CP, Customer shall, at CP's request, provide prompt advice with respect to the proper method of cleanup, disposal and other remedial actions to take with respect to such leakage, release, spillage, dumping or other discharge, and Customer shall cooperate fully with CP to expeditiously and prudently abate or eliminate any hazard and to meet the requirements of all Dangerous Goods Laws; provided, however, that nothing contained in this paragraph shall alter the responsibilities and obligations of Customer under this Tariff.

Customer agrees that CP may enter Customer facilities to inspect and review all aspects of the loading of Hazardous Commodities. CP reserves the right to reject any shipment of Hazardous Commodities that it deems unsafe or otherwise unsuitable for transportation. CP's acceptance of Hazardous Commodities for transportation shall not relieve Customer of its obligations under this Tariff, shall not constitute a waiver by CP of Customer's obligations hereunder, and shall not alter the apportionment of responsibilities and liabilities under this Tariff.

## Additional charges due to government action
*Item 22*

If any action or ruling by any Canadian or United States federal, provincial, state or local government precludes or restricts the transportation of any trains or cars carrying Hazardous Commodities through their jurisdiction, CP will re-price the affected traffic, providing 30 days' notice to Customer.

## Intermodal commodity restrictions   *Item 30*
Details on Restricted/Prohibited Commodities, Hazardous Materials, and Overweight Restrictions for Intermodal Containers apply as published in the Appendix to Tariff 1- Intermodal Safety Standards and Restricted Commodities. Any shipments not in full compliance will be assessed penalties for both Unauthorized Use and Unsafe or Improperly loaded as per Tariff 3.

## Removal and disposition of Hazardous Materials at destination   *Item 35*
Final delivery of shipments of Hazardous Materials in the United States is governed by 49 CFR 174.16. Consignees are required to accept Hazardous Material shipments within 48 hours after receiving notice of their arrival in the final serving area. The 49 CFR governs the disposition of Hazardous Material cars after 48 hours.

## Positive chain of custody of RSSM shipments
*Item 40*
Effective April 1st 2009, the US Department of Homeland Security's Transportation Security Administration (TSA) has mandated new security measures (reference 49 C.F.R. §1580) to enhance safe transportation of RSSM. This requires every customer originating an RSSM shipment in the US or any customer receiving an RSSM shipment in an HTUA to provide positive chain of custody, including having a representative physically present to ensure "attended transfers" of RSSM shipments. Every RSSM shipment on CP must have an effective price authority issued by CP before shipping to ensure safe routing of the shipment.



# Transportation of Toxic Inhalation Hazards / Poison Inhalation Hazards

### Application    Item 51

In addition to any other applicable Tariffs, contracts, or agreements, the rules of items 52, 53, 54 and 55 of this Tariff apply to commodities which are considered Toxic Inhalation Hazards (TIH) or Poison Inhalation Hazard (PIH) moving on CP without a valid TIH specific contract/agreement between CP and the Customer.

### Definitions    Item 52

**The Customer** means any shipper of goods, payer of freight, consignee, or foreign railway that is responsible for the movement of TIH goods on CP.

**A TIH Specific Contract/Agreement** means any signed contract or agreement between CP and the customer for the movement or future movement(s) of the specific TIH commodity where indemnification and liability provisions are identified and agreed to in the contract or agreement between CP and the Customer.

### Insurance provisions    Item 53

The Customer shall, at its own cost and expense, take out and maintain in full force and effect a Comprehensive General Liability Insurance Policy with an inclusive limit of not less than TEN (10) MILLION DOLLARS (in the currency of the originating party) per occurrence for any and all liability and indemnity obligations assumed by Customer under this Tariff. Such insurance shall include no provisions excluding loss, damage or injury arising out of or resulting from any incidents occurring, or doing business or conducting operations, on, near, adjacent to or within fifty (50) feet of any railroad track, right-of-way or facilities. Such insurance shall specifically:
a)   name CP as an additional insured;
b)   contain a "cross-liability" clause which shall have the effect of insuring each person, firm, or corporation insured thereunder in the same manner and to the same extent as if a separate policy had been insured to each; and
c)   provide that the policy shall not be cancelled or materially altered unless written notice is given by the insurer to CP thirty (30) days before the effective date of such cancellation or alteration

The Customer shall, at CP's request, furnish to CP, certified copies of the insurance policies or Certificates of Insurance evidencing the above coverages.

The acquisition and maintenance of this insurance policy by the Applicant shall in no manner limit or restrict liabilities incurred by the Applicant under the provisions of this Tariff.



## Indemnification and liability  *Item 54*

Customer shall fully indemnify and defend CP from and against any and all liabilities, claims, lawsuits, actions, applications, demands, complaints, loss, harm, judgments, liens, awards, costs (including, without limitation, attorney's fees and other reasonable costs of litigation), emergency response and evacuation costs, remediation costs, and government oversight costs, damages (including without limitation special and consequential damages), injury to or death of persons, or adverse effects on wildlife or the environment (collectively "Liabilities") which are caused by or arise from:

- Any failure of, or defect in Private Equipment tendered by Customer for the transportation of TIH commodity;
- Any actual or threatened discharge, release, leak or escape of the TIH commodity from the Private Equipment tendered by Customer for the transportation of TIH commodity;
- Loading, sealing and/or securing the TIH commodity by Customer in the Private Equipment;
- Removal, unloading, transfer, delivery, treatment, dumping, storage, or disposal of the TIH commodity carried in the Private Equipment; or
- Failing to properly placard or failing to provide complete and accurate shipping information concerning the TIH commodity in such Private Equipment.

However, the Customer shall have no such obligation to indemnify CP to the extent that Liabilities arise from the negligence or willful misconduct of CP. Additionally, nothing contained in this Item 54 shall extend to limit any liability owing to the Shipper by CP that is not permitted by law.

Customer's indemnity obligations under this Item do not include claims for alleged loss, damage, or delay to the TIH commodities.

### Joint liability
If Liabilities are caused in whole, or in part, by the joint, contributory, or concurrent negligence or fault of CP, responsibility for Liabilities shall be adjudicated under usual principles of comparative fault under the law governing joint liability, whereby the trier of fact shall determine the percentage of responsibility for CP, Customer, and any other party. CP shall be liable for the amount of such Liabilities allocated to CP in proportion to CP's percentage of responsibility. Customer shall be liable for all other Liabilities.

## Tank Car Construction  *Item 55*

Tank cars constructed of ASTM A516 or TC128 steels tendered to CP for the transportation of TIH (refer item 56) must be normalized and meet the requirements of Chapter 2 - Paragraph 2.2.1.1 of the Association of American Railroads (AAR) Manual of Standards and Recommended Practices, Section C Part III, Specifications for Tank Cars (M-1002). Shipper shall be responsible for ensuring that its cars moving on CP meet the foregoing standard.

## TIH product codes   Item 56

This list of TIH/PIH commodities is for reference only. It includes commodities identified by item 2 of this Tariff but is not inclusive of all TIH/PIH commodities.

| Hazardous materials response code | Proper shipping name | See note for additional information | Class | UN number |
|---|---|---|---|---|
| 4821019 | WASTE ALLYL ALCOHOL | | 6.1 | UN1098 |
| 4821029 | WASTE, TOXIC BY INHALATION LIQUID, FLAMMABLE, N.O.S. | | 6.1 | UN3384 |
| 4821722 | WASTE HEXACHLOROCYCLO- PENTADIENE | | 6.1 | UN2646 |
| 4830030 | WASTE SULFURIC ACID, FUMING | | 8 | UN1831 |
| 4904210 | AMMONIA, ANHYDROUS | | 2.2 | UN1005 |
| 4904211 | AMMONIA SOLUTION | | 2.2 | UN3318 |
| 4904879 | AMMONIA, ANHYDROUS | | 2.2 | UN1005 |
| 4907409 | ISOBUTYL ISOCYANATE | | 3 | UN2486 |
| 4907434 | ETHYL ISOCYANATE | | 3 | UN2481 |
| 4909306 | ISOPROPYL ISOCYANATE | | 3 | UN2483 |
| 4909307 | METHOXYMETHYL ISOCYANATE | | 3 | UN2605 |
| 4910370 | METHACRYLONITRILE, STABILIZED | | 3 | UN3079 |
| 4916138 | PENTABORANE | | 4.2 | UN1380 |
| 4918180 | TETRANITROMETHANE | | 5.1 | UN1510 |
| 4918505 | BROMINE PENTAFLUORIDE | | 5.1 | UN1745 |
| 4918507 | BROMINE TRIFLUORIDE | | 5.1 | UN1746 |
| 4920101 | COMPRESSED GAS, TOXIC, CORROSIVE, N.O.S. | | 2.3 | UN3304 |
| 4920102 | COMMPRESSED GAS, TOXIC, FLAMMABLE, CORROSIVE, N.O.S. | | 2.3 | UN3305 |
| 4920103 | COMPRESSED GAS, TOXIC OXIDIZING, CORROSIVE, N.O.S. | | 2.3 | UN3306 |
| 4920104 | COMPRESSED GAS, TOXIC, OXIDIZING, N.O.S. | | 2.3 | UN3303 |
| 4920105 | LIQUEFIED GAS, TOXIC, CORROSIVE, N.O.S. | | 2.3 | UN3308 |
| 4920106 | SELENIUM HEXAFLUORIDE | | 2.3 | UN2194 |
| 4920107 | DIBORANE | 1 | 2.3 | UN1911 |
| 4920108 | LIQUEFIED GAS, TOXIC, FLAMMABLE, CORROSIVE, N.O.S. | | 2.3 | UN3309 |
| 4920110 | LIQUEFIED GAS, TOXIC, OXIDIZING, CORROSIVE, N.O.S. | | 2.3 | UN3310 |
| 4920111 | LIQUEFIED GAS, TOXIC, OXIDIZING, N.O.S. | | 2.3 | UN3307 |
| 4920112 | NITRIC OXIDE, COMPRESSED | | 2.3 | UN1660 |
| 4920113 | NITRIC OXIDE AND DINITROGEN TETROXIDE MIXTURES | | 2.3 | UN1975 |
| 4920115 | INSECTICIDE GASES, TOXIC FLAMMABLE, N.O.S. | | 2.3 | UN3355 |
| 4920122 | HYDROGEN SELENIDE ANHYDROUS | | 2.3 | UN2202 |
| 4920135 | ARSINE | | 2.3 | UN2188 |
| 4920160 | PHOSPHINE | | 2.3 | UN2199 |
| 4920164 | LIQUEFIED GAS, TOXIC, FLAMMABLE, N.O.S. | | 2.3 | UN3160 |
| 4920165 | COMPRESSED GAS, TOXIC, FLAMMABLE, N.O.S. | | 2.3 | UN1953 |
| 4920167 | STIBINE | | 2.3 | UN2676 |

| Hazardous material response code | Proper shipping name | See note for additional information | Class | UN number |
|---|---|---|---|---|
| 4920173 | OXYGEN DIFLUORIDE, COMPRESSED | | 2.3 | UN2190 |
| 4920174 | DINITROGEN TETROXIDE | | 2.3 | UN1067 |
| 4920175 | NITROGEN TRIOXIDE | | 2.3 | UN2421 |
| 4920178 | CYANOGEN CHLORIDE, STABILIZED | | 2.3 | UN1589 |
| 4920180 | FLUORINE, COMPRESSED | | 2.3 | UN1045 |
| 4920181 | COMPRESSED GAS, TOXIC, N.O.S. | | 2.3 | UN1955 |
| 4920184 | PHOSGENE | | 2.3 | UN1076 |
| 4920187 | SULFUR TETRAFLUORIDE | | 2.3 | UN2418 |
| 4920188 | TELLURIUM HEXAFLUORIDE | | 2.3 | UN2195 |
| 4920189 | CHLORINE PENTAFLUORIDE | | 2.3 | UN2548 |
| 4920195 | LIQUEFIED GAS, TOXIC, N.O.S. | | 2.3 | UN3162 |
| 4920301 | COMPRESSED GAS, TOXIC CORROSIVE, N.O.S. | | 2.3 | UN3304 |
| 4920303 | COMMPRESSED GAS, TOXIC, FLAMMABLE, CORROSIVE, N.O.S. | | 2.3 | UN3305 |
| 4920304 | COMMPRESSED GAS, TOXIC, FLAMMABLE, CORROSIVE, N.O.S. | | 2.3 | UN3305 |
| 4920305 | COMMPRESSED GAS, TOXIC, FLAMMABLE, CORROSIVE, N.O.S. | | 2.3 | UN3305 |
| 4920307 | COMPRESSED GAS, TOXIC, OXIDIZING, CORROSIVE, N.O.S. | | 2.3 | UN3306 |
| 4920308 | COMPRESSED GAS, TOXIC, OXIDIZING, CORROSIVE, N.O.S. | | 2.3 | UN3306 |
| 4920309 | COMPRESSED GAS, TOXIC, OXIDIZING, N.O.S. | | 2.3 | UN3303 |
| 4920310 | COMPRESSED GAS, TOXIC, OXIDIZING, N.O.S. | | 2.3 | UN3303 |
| 4920311 | LIQUEFIED GAS, TOXIC, CORROSIVE, N.O.S. | | 2.3 | UN3308 |
| 4920312 | LIQUEFIED GAS, TOXIC, OXIDIZING, CORROSIVE, N.O.S. | | 2.3 | UN3310 |
| 4920313 | LIQUEFIED GAS, TOXIC, CORROSIVE, N.O.S. | | 2.3 | UN3308 |
| 4920314 | LIQUEFIED GAS, TOXIC, FLAMMABLE, CORROSIVE, N.O.S. | | 2.3 | UN3309 |
| 4920315 | LIQUEFIED GAS, TOXIC, CORROSIVE, N.O.S. | | 2.3 | UN3308 |
| 4920316 | LIQUEFIED GAS, TOXIC, FLAMMABLE, CORROSIVE, N.O.S. | | 2.3 | UN3309 |
| 4920317 | LIQUEFIED GAS, TOXIC, OXIDIZING, N.O.S. | | 2.3 | UN3307 |
| 4920318 | LIQUEFIED GAS, TOXIC, FLAMMABLE, CORROSIVE, N.O.S. | | 2.3 | UN3309 |
| 4920319 | LIQUEFIED GAS, TOXIC, OXIDIZING, N.O.S. | | 2.3 | UN3307 |
| 4920320 | LIQUEFIED GAS, TOXIC, OXIDIZING, CORROSIVE, N.O.S. | | 2.3 | UN3310 |
| 4920321 | LIQUEFIED GAS, TOXIC, OXIDIZING, N.O.S. | | 2.3 | UN3307 |
| 4920324 | COMPRESSED GAS, TOXIC CORROSIVE, N.O.S. | | 2.3 | UN3304 |
| 4920325 | LIQUEFIED GAS, TOXIC, OXIDIZING, CORROSIVE, N.O.S. | | 2.3 | UN3310 |
| 4920326 | PHOSPHORUS PENTAFLUORIDE | 2 | 2.3 | UN2198 |
| 4920331 | COMPRESSED GAS, TOXIC, CORROSIVE, N.O.S. | | 2.3 | UN3304 |
| 4920337 | COMPRESSED GAS, TOXIC, OXIDIZING, N.O.S. | | 2.3 | UN3303 |
| 4920342 | ETHYLENE OXIDE AND CARBON DIOXIDE MIXTURE | | 2.3 | UN3300 |
| 4920343 | CARBON MONOXIDE AND HYDROGEN MIXTURE, COMPRESSED | | 2.3 | UN2600 |
| 4920344 | OIL GAS, COMPRESSED | | 2.3 | UN1071 |
| 4920346 | TRIFLUOROCHLOROETHYLENE, STABILIZED | | 2.3 | UN1082 |

| Hazardous materials response code | Proper shipping name | See note for additional information | Class | UN number |
|---|---|---|---|---|
| 4920348 | HYDROGEN IODIDE, ANHYDROUS | | 2.3 | UN2197 |
| 4920349 | BORON TRICHLORIDE | | 2.3 | UN1741 |
| 4920351 | CARBONYL SULFIDE | | 2.3 | UN2204 |
| 4920352 | CHLORINE TRIFLUORIDE | | 2.3 | UN1749 |
| 4920353 | ETHYLENE OXIDE | | 2.3 | UN1040 |
| 4920354 | GERMANE | | 2.3 | UN2192 |
| 4920355 | METHYL MERCAPTAN | | 2.3 | UN1064 |
| 4920356 | PERCHLORYL FLUORIDE | | 2.3 | UN3083 |
| 4920357 | SILICON TETRAFLUORIDE | 3 | 2.3 | UN1859 |
| 4920359 | AMMONIA, ANHYDROUS | | 2.3 | UN1005 |
| 4920360 | AMMONIA SOLUTIONS | | 2.3 | UN3318 |
| 4920368 | LIQUEFIED GAS, TOXIC, N.O.S. | | 2.3 | UN3162 |
| 4920369 | LIQUEFIED GAS, TOXIC, N.O.S. | | 2.3 | UN3162 |
| 4920371 | TUNGSTEN HEXAFLUORIDE | | 2.3 | UN2196 |
| 4920373 | COMPRESSED GAS, TOXIC, N.O.S. | | 2.3 | UN1955 |
| 4920375 | COMPRESSED GAS, TOXIC, N.O.S. | | 2.3 | UN1955 |
| 4920378 | COMPRESSED GAS, TOXIC, FLAMMABLE, N.O.S. | | 2.3 | UN1953 |
| 4920379 | COMPRESSED GAS, TOXIC FLAMMABLE, N.O.S. | | 2.3 | UN1953 |
| 4920380 | LIQUEFIED GAS, TOXIC, FLAMMABLE, N.O.S. | | 2.3 | UN3160 |
| 4920381 | LIQUEFIED GAS, TOXIC FLAMMABLE, N.O.S. | | 2.3 | UN3160 |
| 4920382 | LIQUEFIED GAS, TOXIC, FLAMMABLE, N.O.S. | | 2.3 | UN3160 |
| 4920392 | CHLOROPICRIN AND METHYL CHLORIDE MIXTURES | | 2.3 | UN1582 |
| 4920394 | METHYLCHLOROSILANE | | 2.3 | UN2534 |
| 4920395 | CYANOGEN | | 2.3 | UN1026 |
| 4920396 | COMPRESSED GAS, TOXIC, FLAMMABLE, N.O.S. | | 2.3 | UN1953 |
| 4920398 | DICHLOROSILANE | | 2.3 | UN2189 |
| 4920399 | CARBON MONOXIDE, COMPRESSED | | 2.3 | UN1016 |
| 4920502 | HYDROGEN BROMIDE, ANHYDROUS | | 2.3 | UN1048 |
| 4920503 | HYDROGEN CHLORIDE, ANHYDROUS | | 2.3 | UN1050 |
| 4920504 | HYDROGEN CHLORIDE, REFRIGERATED LIQUID | | 2.3 | UN2186 |
| 4920508 | SULFUR DIOXIDE | | 2.3 | UN1079 |
| 4920509 | NITROSYL CHLORIDE | | 2.3 | UN1069 |
| 4920510 | GAS IDENTIFICATION SET | | 2.3 | NA9035 |
| 4920511 | CARBON MONOXIDE, REFRIGERATED LIQUID | | 2.3 | NA9202 |
| 4920513 | HYDROGEN SULFIDE | | 2.3 | UN1053 |
| 4920515 | HEXAETHYL TETRAPHOSPHATE AND COMPRESSED GAS MIXTURES | | 2.3 | UN1612 |
| 4920516 | CHLOROPICRIN AND METHYL BROMIDE MIXTURES | | 2.3 | UN1581 |
| 4920518 | METHYL BROMIDE | | 2.3 | UN1062 |
| 4920522 | BORON TRIFLUORIDE | 4 | 2.3 | UN1008 |

| Hazardous materials response code | Proper shipping name | See note for additional information | Class | UN number |
|---|---|---|---|---|
| 4920526 | SULFURYL FLUORIDE | | 2.3 | UN2191 |
| 4920527 | COAL GAS, COMPRESSED | | 2.3 | UN1023 |
| 4920528 | HEXAFLUOROACETONE | | 2.3 | UN2420 |
| 4920530 | ORGANIC PHOSPHATE, MIXED WITH COMPRESSED GAS | | 2.3 | NA1955 |
| 4920534 | GAS SAMPLE, NON-PRESSURIZED, TOXIC, FLAMMABLE, N.O.S. | | 2.3 | UN3168 |
| 4920535 | PARATHION AND COMPRESSED GAS MIXTURE | | 2.3 | NA1967 |
| 4920536 | GAS SAMPLE, NON-PRESSURIZED, TOXIC, N.O.S. | | 2.3 | UN3169 |
| 4920547 | CHLOROPICRIN AND METHYL BROMIDE MIXTURES | | 2.3 | UN1581 |
| 4920550 | INSECTICIDE GASES, TOXIC, N.O.S. | | 2.3 | UN1967 |
| 4920559 | CARBONYL FLUORIDE | 5 | 2.3 | UN2417 |
| 4920570 | COMPRESSED GAS, TOXIC, N.O.S. | | 2.3 | UN1955 |
| 4920571 | LIQUEFIED GAS, TOXIC, N.O.S. | | 2.3 | UN3162 |
| 4920715 | BROMINE CHLORIDE | | 2.3 | UN2901 |
| 4921000 | TOXIC BY INHALATION LIQUID, N.O.S. | | 6.1 | UN3382 |
| 4921003 | TOXIC BY INHALATION LIQUID, FLAMMABLE, N.O.S. | | 6.1 | UN3384 |
| 4921004 | ALLYLAMINE | | 6.1 | UN2334 |
| 4921006 | TOXIC BY INHALATION LIQUID, WATER-REACTIVE, N.O.S. | | 6.1 | UN3386 |
| 4921008 | METHYL PHOSPHONOUS DICHLORIDE | | 6.1 | NA2845 |
| 4921009 | CHLOROACETONITRILE | | 6.1 | UN2668 |
| 4921010 | CYCLOHEXYL ISOCYANATE | | 6.1 | UN2488 |
| 4921016 | PHOSPHORUS TRICHLORIDE | | 6.1 | UN1809 |
| 4921019 | ALLYL ALCOHOL | | 6.1 | UN1098 |
| 4921020 | ETHYL CHLOROFORMATE | | 6.1 | UN1182 |
| 4921023 | TOXIC BY INHALATION LIQUID, OXIDIZING, N.O.S. | | 6.1 | UN3388 |
| 4921024 | TOXIC BY INHALATION LIQUID, CORROSIVE, N.O.S. | | 6.1 | UN3390 |
| 4921027 | N-BUTYL ISOCYANATE | | 6.1 | UN2485 |
| 4921028 | HYDROCYANIC ACID, AQUEOUS SOLUTIONS | | 6.1 | UN1613 |
| 4921029 | TOXIC BY INHALATION LIQUID, FLAMMABLE, N.O.S. | | 6.1 | UN3384 |
| 4921063 | TRIMETHYLACETYL CHLORIDE | | 6.1 | UN2438 |
| 4921202 | DIMETHYLHYDRAZINE, UNSYMMETRICAL | | 6.1 | UN1163 |
| 4921207 | SEC-BUTYL CHLOROFORMATE | | 6.1 | NA2742 |
| 4921211 | ISOBUTYL CHLOROFORMATE | | 6.1 | NA2742 |
| 4921213 | TRIMETHOXYSILANE | | 6.1 | NA9269 |
| 4921216 | PHENYL ISOCYANATE | | 6.1 | UN2487 |
| 4921239 | HYDROGEN CYANIDE, SOLUTION IN ALCOHOL | | 6.1 | UN3294 |
| 4921245 | METHANESULFONYL CHLORIDE | | 6.1 | UN3246 |
| 4921248 | CROTONALDEHYDE | 6 | 6.1 | UN1143 |
| 4921251 | DIMETHYLHYDRAZINE, SYMETRICAL | | 6.1 | UN2382 |
| 4921252 | ISOPROPYL CHLOROFORMATE | | 6.1 | UN2407 |

| Hazardous material response code | Proper shipping name | See note for additional information | Class | UN number |
|---|---|---|---|---|
| 4921255 | METHYL ORTHOSILICATE | | 6.1 | UN2606 |
| 4921275 | METHYLDICHLOROARSINE | | 6.1 | NA1556 |
| 4921287 | TOXIC BY INHALATION LIQUID, CORROSIVE, N.O.S. | | 6.1 | UN3390 |
| 4921288 | TOXIC BY INHALATION LIQUID, CORROSIVE, N.O.S. | | 6.1 | UN3390 |
| 4921304 | METHYL IODIDE | | 6.1 | UN2644 |
| 4921401 | ACETONE CYANOHYDRIN, STABILIZED | | 6.1 | UN1541 |
| 4921402 | 2-CHLOROETHANAL | | 6.1 | UN2232 |
| 4921404 | ETHYLDICHLOROARSINE | | 6.1 | UN1892 |
| 4921405 | DIMETHYL SULFATE | 7 | 6.1 | UN1595 |
| 4921413 | PHENYL MERCAPTAN | | 6.1 | UN2337 |
| 4921414 | CHLOROPICRIN | | 6.1 | UN1580 |
| 4921420 | ETHYLENE CHLOROHYDRIN | | 6.1 | UN1135 |
| 4921437 | PHOSPHORUS OXYCHLORIDE | | 6.1 | UN1810 |
| 4921438 | METHYL BROMIDE AND ETHYLENE DIBROMIDE MIXTURES, LIQUID | | 6.1 | UN1647 |
| 4921439 | CHLOROACETONITRILE | | 6.1 | UN2668 |
| 4921440 | METHACRYLONITRILE, STABILIZED | | 6.1 | UN3079 |
| 4921441 | TOXIC BY INHALATION LIQUID, FLAMMABLE, CORROSIVE, N.O.S. | | 6.1 | UN3489 |
| 4921447 | TOXIC BY INHALATION LIQUID, CORROSIVE, FLAMMABLE, N.O.S. | | 6.1 | UN3493 |
| 4921458 | TOXIC BY INHALATION LIQUID, WATER-REACTIVE, FLAMMABLE, N.O.S. | | 6.1 | UN3491 |
| 4921462 | TITANIUM TETRACHLORIDE | | 6.1 | UN1838 |
| 4921463 | TETRANITROMETHANE | | 6.1 | UN1510 |
| 4921465 | THIOPHOSGENE | | 6.1 | UN2474 |
| 4921473 | PERCHLOROMETHYLMERCAPTAN | | 6.1 | UN1670 |
| 4921487 | METHYL ISOTHIOCYANATE | | 6.1 | UN2477 |
| 4921495 | 2-METHYL-2-HEPTANETHIOL | | 6.1 | UN3023 |
| 4921497 | ETHYLENE DIBROMIDE | | 6.1 | UN1605 |
| 4921558 | CHLOROACETONE, STABILIZED | | 6.1 | UN1695 |
| 4921587 | PHENYLCARBYLAMINE CHLORIDE | | 6.1 | UN1672 |
| 4921695 | METHYL PHOSPHONIC DICHLORIDE | | 6.1 | NA9206 |
| 4921722 | HEXACHLOROCYCLOPENTADIENE | | 6.1 | UN2646 |
| 4921727 | BROMOACETONE | | 6.1 | UN1569 |
| 4921730 | N-BUTYL CHLOROFORMATE | | 6.1 | UN2743 |
| 4921741 | 3,5-DICHLORO-2,4,6-TRIFLUOROPYRIDINE | | 6.1 | NA9264 |
| 4921742 | ETHYL PHOSPHONOUS DICHLORIDE, ANHYDROUS | | 6.1 | NA2845 |
| 4921744 | ETHYL PHOSPHORODICHLORIDATE | | 6.1 | NA2927 |
| 4921745 | ETHYL PHOSPHONOTHIOIC DICHLORIDE, ANHYDROUS | | 6.1 | NA2927 |
| 4921746 | CHLOROPIVALOYL CHLORIDE | | 6.1 | NA9263 |
| 4921756 | N-PROPYL CHLOROFORMATE | | 6.1 | UN2740 |
| 4923113 | ALLYL CHLOROFORMATE | | 6.1 | UN1722 |

| Hazardous materials response code | Proper shipping name | See note for additional information | Class | UN number |
|---|---|---|---|---|
| 4923209 | ARSENIC TRICHLORIDE | | 6.1 | UN1560 |
| 4923298 | THIOPHOSGENE | | 6.1 | UN2474 |
| 4927004 | IRON PENTACARBONYL | | 6.1 | UN1994 |
| 4927006 | ETHYLENEIMINE, STABILIZED | | 6.1 | UN1185 |
| 4927007 | ACROLEIN, STABILIZED | | 6.1 | UN1092 |
| 4927008 | METHYL CHLOROFORMATE | | 6.1 | UN1238 |
| 4927009 | METHYL ISOCYANATE | | 6.1 | UN2480 |
| 4927010 | NICKEL CARBONYL | | 6.1 | UN1259 |
| 4927011 | METHYLHYDRAZINE | | 6.1 | UN1244 |
| 4927012 | METHYL CHLOROMETHYL ETHER | | 6.1 | UN1239 |
| 4927014 | HYDROGEN CYANIDE, STABILIZED | | 6.1 | UN1051 |
| 4927018 | TOXIC BY INHALATION LIQUID, N.O.S. | | 6.1 | UN3381 |
| 4927019 | TOXIC BY INHALATION LIQUID, FLAMMABLE, N.O.S. | | 6.1 | UN3383 |
| 4927022 | METHYL VINYL KETONE, STABILIZED | | 6.1 | UN1251 |
| 4927023 | TOXIC BY INHALATION LIQUID, WATER-REACTIVE, N.O.S. | | 6.1 | UN3385 |
| 4927024 | TOXIC BY INHALATION LIQUID, OXIDIZING, N.O.S. | | 6.1 | UN3387 |
| 4927025 | N-PROPYL ISOCYANATE | | 6.1 | UN2482 |
| 4927026 | TERT-BUTYL ISOCYANATE | | 6.1 | UN2484 |
| 4927028 | TOXIC BY INHALATION LIQUID, CORROSIVE, N.O.S. | | 6.1 | UN3389 |
| 4927029 | TOXIC BY INHALATION LIQUID, CORROSIVE, FLAMMABLE, N.O.S. | | 6.1 | UN3492 |
| 4927031 | TOXIC BY INHALATION LIQUID, FLAMMABLE, CORROSIVE, N.O.S. | | 6.1 | UN3488 |
| 4927034 | TOXIC BY INHALATION LIQUID, WATER-REACTIVE, FLAMMABLE, N.O.S. | | 6.1 | UN3490 |
| 4927035 | ETHYL ISOCYANATE | | 6.1 | UN2481 |
| 4927036 | ISOBUTYL ISOCYANATE | | 6.1 | UN2486 |
| 4927037 | ISOPROPYL ISOCYANATE | | 6.1 | UN2483 |
| 4927038 | METHOXYMETHYL ISOCYANATE | | 6.1 | UN2605 |
| 4927039 | SULFURYL CHLORIDE | | 6.1 | UN1834 |
| 4930024 | HYDROGEN FLUORIDE, ANHYDROUS | | 8 | UN1052 |
| 4930030 | SULFURIC ACID, FUMING | | 8 | UN1831 |
| 4930050 | SULFUR TRIOXIDE, STABILIZED | | 8 | UN1829 |
| 4930204 | CHLOROSULFONIC ACID | | 8 | UN1754 |
| 4930260 | SULFURYL CHLORIDE | | 8 | UN1834 |
| 4931201 | NITRIC ACID, RED FUMING | | 8 | UN2032 |
| 4932010 | BORON TRIBROMIDE | | 8 | UN2692 |
| 4932352 | PHOSPHORUS OXYCHLORIDE | | 8 | UN1810 |
| 4932385 | TITANIUM TETRACHLORIDE | | 8 | UN1838 |
| 4933327 | ETHYL CHLOROTHIOFORMATE | | 8 | UN2826 |
| 4935231 | TRICHLOROACETYL CHLORIDE | | 8 | UN2442 |
| 4936110 | BROMINE | | 8 | UN1744 |

| | | | Additional proper shipping name information | | |
|---|---|---|---|---|---|
| Note | Hazardous materials response code | UN# | Class | Proper shipping name (International) | Proper shipping name (Canada) | Proper shipping name (US) |
| 1 | 4920107 | UN1911 | 2.3 | DIBORANE | DIBORANE, COMPRESSED | DIBORANE |
| 2 | 4920326 | UN2198 | 2.3 | PHOSPHORUS PENTAFLUORIDE | PHOSPHORUS PENTAFLUORIDE, COMPRESSED | PHOSPHORUS PENTAFLUORIDE |
| 3 | 4920357 | UN1859 | 2.3 | SILICON TETRAFLUORIDE | SILICON TETRAFLUORIDE, COMPRESSED | SILICON TETRAFLUORIDE |
| 4 | 4920522 | UN1008 | 2.3 | BORON TRIFLUORIDE | BORON TRIFLUORIDE, COMPRESSED | BORON TRIFLUORIDE |
| 5 | 4920559 | UN2417 | 2.3 | CARBONYL FLUORIDE | CARBONYL FLUORIDE, COMPRESSED | CARBONYL FLUORIDE |
| 6 | 4921248 | UN1143 | 6.1 | CROTONALDEHYDE | CROTONALDEHYDE, STABILIZED | CROTONALDEHYDE |
| 7 | 4921405 | UN1595 | 6.1 | DIMETHYL SULPHATE | DIMETHYL SULFATE | DIMETHYL SULFATE |

**Customer Notes:**

**Customer Notes:**

