# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-2346

_____

The Chlorine Institute, Inc.; The American Chemistry Council; The Fertilizer Institute; Erco Worldwide; PVS Chemicals

Plaintiffs - Appellants

v.

Soo Line Railroad, doing business as Canadian Pacific Railway Company

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:14-cv-01029-PJS)

_____

**JUDGMENT**

Before BYE, BEAM and BENTON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 02, 2015

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans