UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 14-2346

The Chlorine Institute, Inc., et al.

Appellants

v.

Soo Line Railroad, doing business as Canadian Pacific Railway Company

Appellee

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:14-cv-01029-PJS)
_____

**ORDER**

Appellee shall recover from the Appellant the sum the of $184.85 as taxable costs on appeal.

July 17, 2015

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans