# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2346

The Chlorine Institute, Inc., et al.

Appellants

v.

Soo Line Railroad, doing business as Canadian Pacific Railway Company

Appellee

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:14-cv-01029-PJS)
_____

**MANDATE**

In accordance with the opinion and judgment of 07/02/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 23, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit